UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN FIFER,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-08-0109-JPH<br><br>ORDER GRANTING STIPULATION<br>TO REMAND |

    The parties have filed a stipulation for remand of this case to the Commissioner for further administrative proceedings. (**Ct. Rec. 14**). The parties have filed a consent to proceed before a magistrate judge. (Ct. Rec. 3).

    After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will: (1) further evaluate the severity of all of Plaintiff's impairments, individually and in combination, throughout the sequential evaluation process; (2) the ALJ will consider Dr. Kenney's opinion that Plaintiff has chronic fatigue syndrome; (3) the ALJ will further evaluate Plaintiff's

ORDER GRANTING STIPULATION TO REMAND - 1

subjective complaints; (4) the ALJ will further evaluate Plaintiff's RFC; and (5) if necessary, obtain a VE's testimony to clarify the effect of the assessed limitations on plaintiff's ability to perform work.

Accordingly, this court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties' Stipulation for Remand (**Ct. Rec. 14**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 17th day of October, 2008.

                        *s/James P. Hutton*
                        JAMES P. HUTTON
                        UNITED STATES MAGISTRATE JUDGE