# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

DAWN FIFER,                                  )
                                             )
                    Plaintiff,               )
                                             )          NO.  CV-08-0109-JPH
          vs.                                )
                                             )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                           )          **CIVIL CASE**
Commissioner of Social Security,             )
                                             )
                    Defendant.               )
                                             )
_____)

**STIPULATION BY THE PARTIES:**

     The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

     **IT IS ORDERED AND ADJUDGED** that:

     The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

     DATED this 17th day of October, 2008.

                                     JAMES R. LARSEN
                                     District Court Executive/Clerk

                                     by: __s/Karen White _____
                                          Deputy Clerk

cc: all counsel